# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3057 direct
pgarrity@sheppardmullin.com

September 15, 2023

**VIA ECF**

Hon. Diane Gujarati
United States District Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *Siragusa v. Taco Bell Corp.*
            Civil Action No. 23-cv-5748-DG-RER

Dear Judge Gujarati:

This firm represents Taco Bell Corp. in the above-referenced action. In accordance with Section 1.F of Your Honor's Individual Practice Rules, Taco Bell Corp. respectfully requests an extension of its time to answer, move, or otherwise respond to the Complaint from October 2, 2023, to up and including November 3, 2023.

This is Taco Bell's first request for an extension of time to respond to the Complaint.

Plaintiff consents to the requested extension. Taco Bell Corp. requests this extension to further conduct its investigation into the allegations in the Complaint and Plaintiff has informed Taco Bell Corp. that he intends to file an amended complaint by September 29, 2023.

We appreciate Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Paul W. Garrity*

Paul W. Garrity
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
*Attorneys for Defendant Taco Bell Corp.*

cc:  All Counsel of Record via ECF