UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK SIRAGUSA, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>TACO BELL CORP.,<br><br>　　　　　Defendant. | Civil Action No. 1:23-cv-05748-DG-RER<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE, that Paul W. Garrity of Sheppard, Mullin, Richter & Hampton LLP hereby appears as counsel in this matter for Defendant Taco Bell Corp.  Mr. Garrity hereby certifies that he is admitted to practice in this Court.

Dated: October 13, 2023
New York, New York

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:  /s/ *Paul W. Garrity*
　　　Paul W. Garrity

30 Rockefeller Plaza
New York, NY 10112-0015
Tel:  (212) 653-8700
pgarrity@sheppardmullin.com

*Attorneys for Defendant*

SMRH:4891-6745-9719.3