**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Paul W. Garrity
212.634.3057 direct
pgarrity@sheppardmullin.com

November 8, 2023

*VIA ECF*

Hon. Diane Gujarati
United States District Judge
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Civil Action No. 1:23-cv-05748-DG-RER
      *Siragusa v. Taco Bell Corp.*

Dear Judge Gujarati:

We are counsel to defendant Taco Bell Corp. in the above-referenced litigation.  As instructed by the Court's deputy during a call today, we write jointly with counsel to Plaintiffs seeking an adjournment *sine die* of the pre-motion conference because the parties expect the Action to be voluntarily dismissed soon.

Pursuant to Individual Rule No. I(F) of the Court's Individual Practice Rules, we state as follows: (i) the request is made because the Action is being voluntarily dismissed; (ii) the conference is scheduled to take place on November 9, 2023; (iii) and (iv) there have been no previous requests for adjournments or extensions (and thus none granted or denied); (v) the parties make this request jointly; and (vi) it is proposed that the date for the conference be adjourned *sine die* as a voluntary dismissal is expected to be filed soon by Plaintiff.

Respectfully submitted,

/s/ Paul W. Garrity, Esq.
 Paul W. Garrity
 Sheppard Mullin Richter & Hampton LLP
 30 Rockefeller Plaza
 New York, NY  10112

 *Counsel to Taco Bell Corp.*

/s/ James C. Kelly, Esq.
The Law Office of James C. Kelly
244 5th Avenue, Suite K-278
New York, New York 10001

*Counsel to Plaintiffs*

SMRH:4874-6963-0095.1