UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK SIRAGUSA, KRUTI BHATT, LENORE DUDICK, and ANTHONY DUDICK, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>TACO BELL CORP.,<br><br>   Defendant. | Civil Action No. 1:23-cv-05748-DG-RER<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Frank Siragusa, Kruti Bhatt, Lenore Dudick, and Anthony Dudick and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, with prejudice, against the defendant Taco Bell Corp.

Date:  November 13, 2023

                     */s/ James Kelly*
                     JAMES C. KELLY
                     The Law Office of James C. Kelly
                     244 5th Avenue, Suite K-278
                     New York, New York  10001
                     212-920-5042
                     jkelly@jckellylaw.com